# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTONIO DEMARION COLEY                                                                  PLAINTIFF
ADC #92842

v.                           CASE NO. 5:19-CV-00113 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                               DEFENDANTS

## ORDER

After *de novo* review, United States Magistrate Judge Joe J. Volpe's findings and recommendations [Doc. No. 4] are adopted, and Antonio DeMarion Coley's case is dismissed without prejudice. Jurisdiction is not asserted over Coley's state-law claims. *See Johnson v. City of Shorewood, Minn.*, 360 F.3d 810, 819 (8th Cir. 2004). This dismissal counts as a "strike," and an *in forma pauperis* appeal would not be in good faith. 28 U.S.C. § 1915(a)(3), (g). Coley's motion to amend [Doc. No. 8] is denied.

IT IS SO ORDERED this 14th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE