IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO DEMARION COLEY                                                    PLAINTIFF
ADC #92842

v.                      CASE NO. 5:19-CV-00113 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                 DEFENDANTS

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE